# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 397 MAL 2014 |
| | : |
| Petitioner | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| TYRONE LOWE, | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 25th day of November, 2014, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner, is:

> Whether the Superior Court erred in reversing the Suppression Court's finding that erratic driving, combined with several behavioral factors recognized by the officer through his training and experience as evidence of [d]rug [i]ntoxication, constituted reasonable suspicion to conduct field sobriety testing[?]